FILED

07/08/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0181

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 24-0181

DANNY LEE WARNER, JR.,

      Plaintiff and Appellant,

    v.

STATE OF MONTANA and the DEPARTMENT
OF CORRECTIONS,

      Defendant and Appellee.

ORDER

Pursuant to Appellant Danny Lee Warner Jr.'s motion for extension to time to file his opening brief and good cause appearing,

IT IS HEREBY ORDERED that Appellant is given an extension of time to and including August 7, 2024, to file his opening brief.

The Clerk is directed to provide a copy of this Order to Danny Lee Warner and all counsel of record.

DATED this _____ day of July, 2024.

For the Court,

_____
Chief Justice